**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-60675
Summary Calendar

NABEEL MOHAMMED ALI ALKASHANEY,
also known as Nabeel Mohammed Ali Alkachamy,

Petitioner,

VERSUS

JOHN ASHCROFT, ATTORNEY GENERAL,

Respondent.

Appeal from the United States District Court
For the Northern District of Texas

(A76 655 955)

February 26, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Nabeel Mohammed Ali Alkashaney ("Alkashaney"), who is a native and citizen of Yemen, seeks review by this Court of the decision of the Board of Immigration Appeals (BIA) under date of July 25, 2001,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

which affirmed the decision of the Immigration Judge which found Alkashaney to be deportable and denied his application for asylum and withholding of removal.

We have carefully reviewed the decision of the BIA, the briefs, and relevant portions of the record itself. For the reasons stated by the BIA in its decision of July 25, 2001, we affirm the Board's decision and dismiss Alkashaney's petition for review.